MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

OWEN P. MARTIKAN (CABN 177104)
Assistant United States Attorney
   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7200
   Fax: (415) 436-7234
   E-Mail: owen.martikan@usdoj.gov

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>v.<br><br>CORIE MCNAIR,<br><br>   Defendant. | No. CR 03-0327 MMC<br><br>NOTICE OF DISMISSAL<br><br>(San Francisco Venue) |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above indictment without prejudice and moves that the Court quash the arrest warrant issued in connection with the indictment in this case.

DATED: 5/23/2012

Respectfully submitted,

MELINDA HAAG
United States Attorney

/s/ T. Douglas Wilson for
MIRANDA KANE (CABN 150630)
Chief, Criminal Division

NOTICE OF DISMISSAL (CR 03-0327 MMC)

Leave is granted to the government to dismiss the indictment.

Date: May 23, 2012

*[signature: Maxine M. Chesney]*
HON. MAXINE M. CHESNEY
United States District Judge